UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALAHUDDIN F. SMART,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMUNITY EDUCATION CENTER, INC.,<br>et al.,<br><br>　　　　Defendants. | Civ. No. 16-2099 (KM) (JBC)<br><br><br>**MEMORANDUM AND ORDER** |

　　　　Plaintiff is proceeding *pro se* with a civil rights complaint filed pursuant to 42 U.S.C. § 1983. Plaintiff's application to proceed *in forma pauperis* will be granted. However, at this time, the Clerk shall not be ordered to file the complaint.

　　　　Federal Rule of Civil Procedure 11(a) requires an unrepresented party to personally sign the complaint. Plaintiff's complaint is not signed by him. Therefore, pursuant to Rule 11(a), plaintiff shall be given a short period of time to correct this insufficiency, or else his unsigned complaint will be struck.

　　　　Therefore, IT IS this 2d day of September, 2016,

　　　　ORDERED that plaintiff's application to proceed *in forma pauperis* is granted; and it is further

　　　　ORDERED that plaintiff shall have twenty-one (21) days from the date of this Order to submit a signed copy of his complaint. Should plaintiff not submit a signed copy of his complaint to this Court within twenty-one (21) days, then his complaint shall be struck pursuant to Federal Rule of Civil Procedure 11(a); and it is further

ORDERED that the Clerk shall serve this Order on plaintiff by regular U.S mail.

_____
KEVIN MCNULTY
United States District Judge